AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Robert E | U.S. District Court, Oregon | 5/1/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate Judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ○ Nomination, Date <br> ○ Initial  ● Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 S.W. Third Avenue <br> Room 1007 <br> Portland, OR 97204-2902 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)
☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY -3 P 3 41
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | The Rutter Group - West Publishing - Lectures - Teaching | $500.00 |
| 2. | 2004 | The Rutter Group - West Publishing - Royalties | $20,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable eimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Rutter Group | Lecture - Seattle, Washington, June 2, 2004 |
| 2. | | Hotel, meals, train transportation |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Abbott Laboratories Common Stock | D | Dividend | K | T | | | | | |
| 2. Automatic Data Processing, Inc. Common Stock | D | Dividend | K | T | | | | | |
| 3. Clorox Co. Del. Common Stock | D | Dividend | K | T | | | | | |
| 4. Coca-Cola Company Common Stock | B | Dividend | K | T | | | | | |
| 5. Emerson Electric Co. Common Stock | C | Dividend | J | T | | | | | |
| 6. Gannett Company, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 7. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 8. Johnson & Johnson Common Stock | D | Dividend | K | T | | | | | |
| 9. Merck & Co., Inc. Common Stock | D | Dividend | | | Sell | 10/5 | J | A | |
| 10. Nike, Inc. Class B Common Stock | D | Dividend | | | Sell | 7/21 | K | D | |
| 11. Omnicom Group, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 12. Pepsico, Inc. Common Stock | B | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. Sara Lee Corp. Common Stock | A | Dividend | | | Sell | 1/7 | K | B | |
| 17. Alliance Govt. RESRV Money Mkt | B | Interest | L | T | | | | | |
| 18. Wells Fargo Bank Checking Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P3 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Wells Fargo Bank Checking Account | A | Interest | J | T | | | | | |
| 20. Wells Fargo Bank Market Interest Account | B | Interest | K | T | | | | | |
| 21. Port of Portland Municipal Bonds | A | Interest | | | Sell | 3/1 | K | A | |
| 22. Robert E. Jones - Family Ins. Fund | A | Interest | K | T | | | | | |
| 23. State Str. Corp. Com | A | Interest | | | Sell | 1/7 | K | A | |
| 24. Proctor & Gamble Co. | D | Interest | K | T | | | | | |
| 25. Minnesota Mining | C | Interest | K | T | | | | | |
| 26. US Treasury Inflation Protection Notes | D | Interest | | | Sell | 7/19 | M | A | |
| 27. Colgate Palmolive Co. | A | Dividend | K | T | | | | | |
| 28. Fannie Mae | C | Dividend | K | T | | | | | |
| 29. Jensen Portfolio | D | Dividend | K | T | | | | | |
| 30. Fed. Home Loan Banks Cons. Bds. | G | Dividend | M | T | Buy | 7/21 | | | |
| 31. Jensen Portfolio J Shares | E | Dividend | K | T | Buy | 7/19 | | | |
| 32. Jensen Portfolio J Shares | D | Dividend | J | T | Buy | 9/8 | | | |
| 33. Jensen Portfolio J Shares | D | Dividend | J | T | Buy | 10/6 | | | |
| 34. McGraw Hill Companies | E | Dividend | K | T | Buy | 1/8 | | | |
| 35. Patterson Companies | E | Dividend | K | T | Buy | 1/8 | | | |
| 36. U.S. T-Bill | E | Interest | K | T | Buy | 3/11 | | | |

1. Income Gain Codes
(See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = $More than $50,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

All teaching income was preapproved by Chief Judge Schroeder of the Ninth Circuit.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_____*april 28, 2005*

NOTE: ANY IND_____Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Jones, Robert E | 2. Court or Organization U.S. District Court, Oregon | 3. Date of Report *– Amended –* 6/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1000 S.W. Third Avenue Room 1007 Portland, OR 97204-2902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 28 A 11:11 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, Robert E | 6/20/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | The Rutter Group - West Publishing - Lectures - Teaching | $500.00 |
| 2. | 2004 | The Rutter Group - West Publishing - Royalties | $20,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Rutter Group | Lecture - Seattle, Washington, June 2, 2004 |
| 2. | | Hotel, meals, train transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones. Robert E | 6/20/2005 |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 6/20/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Abbott Laboratories Common Stock | D | Dividend | K | T | | | | | |
| 2.  Automatic Data Processing, Inc. Common Stock | D | Dividend | K | T | | | | | |
| 3.  Clorox Co. Del. Common Stock | D | Dividend | K | T | | | | | |
| 4.  Coca-Cola Company Common Stock | B | Dividend | K | T | | | | | |
| 5.  Emerson Electric Co. Common Stock | C | Dividend | J | T | | | | | |
| 6.  Gannett Company, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 7.  General Electric o. Common Stock | A | Dividend | K | T | | | | | |
| 8.  Johnson & Johnson Common Stock | D | Dividend | K | T | | | | | |
| 9.  Merck & Co., Inc. Common Stock | D | Dividend | | | Sell | 10/5 | J | A | |
| 10.  Nike, Inc. Class B Common Stock | D | Dividend | | | Sell | 7/21 | K | D | |
| 11.  Omnicom Group, Inc. Common Stock | E | Dividend | K | T | | | | | |
| 12.  Pepsico, Inc. Common Stock | B | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16.  Sara Lee Corp. Common Stock | A | Dividend | | | Sell | 1/7 | K | B | |
| 17.  Alliance Govt. RESRV Money Mkt | B | Interest | L | T | | | | | |
| 18.  Wells Fargo Bank Checking Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = 50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | @ = $500,001-$1,000,000 | P = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | 4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert E | 6/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets ("including trust assets") Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rend. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Wells Fargo Bank Checking Account | A | Interest | J | T | | | | | |
| 20. Wells Fargo Bank Market Interest Account | B | Interest | K | T | | | | | |
| 21. Port of Portland Municipal Bonds | A | Interest | | | Sell | 3/1 | K | A | |
| 22. Robert E. Jones - Family Ins. Fund | A | Interest | K | T | | | | | |
| 23. State Str. Corp. Com | A | Interest | | | Sell | 1/7 | K | A | |
| 24. Proctor & Gamble Co. | D | Interest | K | T | | | | | |
| 25. Minnesota Mining | C | Interest | K | T | | | | | |
| 26. US Treasury Inflation Protection Notes | D | Interest | | | Sell | 7/19 | M | A | |
| 27. Colgate Palmolive Co. | A | Dividend | K | T | | | | | |
| 28. Fannie Mae | C | Dividend | K | T | | | | | |
| 29. Jensen Portfolio | D | Dividend | K | T | | | | | |
| 30. Fed. Home Loan Banks Cons. Bds. | G | Dividend | M | T | Buy | 7/21 | M | | |
| 31. Jensen Portfolio J Shares | E | Dividend | K | T | Buy | 7/19 | K | | |
| 32. Jensen Portfolio J Shares | D | Dividend | J | T | Buy | 9/8 | J | | |
| 33. Jensen Portfolio J Shares | D | Dividend | J | T | Buy | 10/6 | J | | |
| 34. McGraw Hill Companies | E | Dividend | K | T | Buy | 1/8 | K | | |
| 35. Patterson Companies | E | Dividend | K | T | Buy | 1/8 | K | | |
| 36. U.S. T-Bill | E | Interest | K | T | Buy | 3/11 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisl | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

All teaching income was preapproved by Chief Judge Schroeder of the Ninth Circuit.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, Robert E | 6/20/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___June 21, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544